2/09/15

Court of Appeals District

Cadena Reeves Justice Center

300 Dolorosa Suite 3200

San Antonio Texas 780205-3037

Honorable Judge Little John

From:

Maryann Castro Pro-se Appellant

1501 Olive

Jourdanton Texas 78026

Court Of Appeals Number-04-14-00785

Trial Court Case Number-2011-CI-15957

## MOTION TO DENY CONTEST OF AFFIDAIVIT INDIGENCY

Here comes Maryann Castro, Pro Se Appellant in Bexar County Court, Maryann Castro is disabled and it was ignored in the agreement for final divorce on 10/30/13 which is now in Appeals Court. Maryann Castro is praying for the Court to stop the Prejudice Counsel Joseph Appelt is denying a disabled persons right to Justice and aide. His Client Manuel Castro has not supported Maryann Castro on the day of filing of divorce 10/2011 he has been supporting his mistress the non-spouse Christina Pacheco listed in the Agreement for Final Divorce and Counsel Joseph Appelt Committed Fraud with his Client Manuel Castro used a Comparative Market Analysis-Realtors Opinion that says not to be used as an Appraisal and it was used to overvalue the Community to hurt Maryann Castro. Counsel Joseph Appelt also processed a divorce while his Client was in active bankruptcy owing the mortgage of 73,000 and did not tell the Court or Judge Canales on 10/30/13. Maryann Castro had to use her income of 3500 to secure the Community that Manuel Castro did not pay and intended to defraud Maryann Castro of 40,000 money that is owed to the Mortgage. Community was scheduled for foreclosure on 1/6/2015 Counsel Joseph Appelt and client Manuel Castro also hid martial asset Keogh pension plan and 99 subaru in the Agreement it was hidden from Maryann Castro that is a fraud Rico Conspiracy to Commit Fraud.

Maryann Castro has filed for Emergency Maintence support due to disabled spouse, and fraud on the Community and is asking Appeals Court for Judicial Interference for Justice.

Maryann Castro prays for Justice see copy of social security statement

Maryann Castro pro se

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

8304960133

# THE DISTRICT COURTS OF BEXAR COUNTY



BEXAR COUNTY COURTHOUSE
100 DOLOROSA
SAN ANTONIO, TEXAS 78205

February 18, 2015

**VIA CERTIFIED MAIL # 7003 0500 0004 9147 6842
RETURN RECEIPT REQUESTED, BY REGULAR MAIL, AND BY EMAIL TO
PACATTITUDE06@AOL.COM AND PACATTITUDE2014@GMAIL.COM**
Ms. Maryann Castro
1501 Olive
Jourdanton, Texas 78026

**SENT VIA FAX (210) 375-1213**
Mr. Joseph P. Appelt
Joseph P. Appelt, P.C.
5825 Callaghan Rd., Ste. 104
San Antonio, Texas 78228

**RE: CAUSE NO. 2011-CI-15957; MANUEL G CASTRO vs MARY A CASTRO;
IN THE 45th JUDICIAL DISTRICT; BEXAR COUNTY, TEXAS**

Dear Ms. Castro and Counsel:

Enclosed please find a copy of the Order Setting Hearing on Appellant's Affidavit of Indigency. Please note that the hearing on this matter has been set for February 25, 2015, at 9:00 A.M. in the Presiding District Court, Room 109, Bexar County Courthouse.

Very truly yours,

Brett VanGheluwe
Staff Attorney
Bexar County Civil District Courts

Encl.
BVG/



NO. 2011-CI-15957

| | | |
|---|---|---|
| MANUEL G CASTRO | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 45TH JUDICIAL DISTRICT |
| | ) | |
| MARY A CASTRO | ) | BEXAR COUNTY, TEXAS |

## ORDER SETTING HEARING ON APPELLANT'S AFFIDAVIT OF INDIGENCY

This Court finds, pursuant to the Fourth Court of Appeal's Order on January 13, 2015, in appellate cause number 04-14-00785-CV, styled *Mary Ann Castro v. Manuel Castro*, that this cause should be set for hearing on Appellant's Affidavit of Indigency as to whether or not Appellant is able to pay costs on appeal and the contest filed by Appellee.

IT IS THEREFORE ORDERED THAT a hearing is set on Appellant's Affidavit of Indigency and the contest filed thereto on February 25, 2015 at 9:00 A.M. in the Presiding District Court, Room 109, Bexar County Courthouse, San Antonio, Texas.

SIGNED     FEB 1 8 2015

Renée Yanta
Presiding Judge
150th District Court
Bexar County, Texas

JUDGE PRESIDING

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 FEB 18 AM 11: 24
BY
DEPUTY

| | | |
|---|---|---|
| MANUEL G. CASTRO | NO.2011-CI-15957 | IN THE DISTRICT |
| VS | ) | 45TH JUDICIAL DISTRICT |
| MARYANN CASTRO | ) | BEXAR COUNTY, TEXAS |

## MOTION TO DENY CONTEST OF AFFIDAIVIT INDIGENCY

Here comes Maryann Castro, Pro Se Appellant in Bexar County Court, Maryann Castro is disabled and it was ignored in the agreement for final divorce on 10/30/13 which is now in Appeals Court. Maryann Castro is praying for the Court to stop the Prejudice Counsel Joseph Appelt is denying a disabled persons right to Justice and aide. His Client Manuel Castro has not supported Maryann Castro on the day of filing of divorce 10/2011 he has been supporting his mistress the non-spouse Christina Pacheco listed in the Agreement for Final Divorce and Counsel Joseph Appelt Committed Fraud with his Client Manuel Castro used a Comparative Market Analysis-Realtors Opinion that says not to be used as an Appraisal and it was used to overvalue the Community to hurt Maryann Castro. Counsel Joseph Appelt also processed a divorce while his Client was in active bankruptcy owing the mortgage of 73,000 and did not tell the Court or Judge Canales on 10/30/13. Maryann Castro had to use her income of 3500 to secure the Community that Manuel Castro did not pay and intended to defraud Maryann Castro of 40,000 money that is owed to the Mortgage. Community was scheduled for foreclosure on 1/6/2015 Counsel Joseph Appelt and client Manuel Castro also hid martial asset Keogh pension plan and 99 subaru in the Agreement it was hidden from Maryann Castro that is a fraud Rico Conspiracy to Commit Fraud.

Maryann Castro has filed for Emergency Maintence support due to disabled spouse, and fraud on the Community and is asking Appeals Court for Judicial Interference for Justice.

Maryann Castro prays for Justice  see copy of social security statement

Maryann Castro pro se

1501 Olive

Jourdanton Texas 78026

Pacattitude2014@gmail.com

8304960133

*Sent 2/18/15*

# Your New Benefit Amount

BENEFICIARY'S NAME: MARYANN CASTRO

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is                    $1,148.90 .
- The amount we deduct for Medicare medical insurance is       $104.90 .
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is     $0.00 .
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is       $0.00 .
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive          $864.00
  on or about Jan. 2, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

What If I Have Questions?

Please visit our website at www.socialsecurity.gov for more information and a variety of online services. You also can call 1-800-772-1213 and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, 1-800-325-0778. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

MaryAnn Castro
1501 Olive
Jourdanton TX 78026

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 FEB 20 PM 2:18
Keith E. Hottle
DEPUTY CLERK

Fourth Court of Appeals District
Court of Appeals
Chalena Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio TX
78205-3037

Attn: Clerk
Judy Little John